Jennifer W. Stone (No. 331600)
Deputy Federal Public Defender
(Email: Jenny_Stone@fd.org)
3801 University Avenue, Suite 700
Riverside, California 92501
Tel:  951-276-6346
Fax: 951-276-6368

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | 5:26-cr-00122-FLA |
| v. | |
| JUAN CARLOS HERNANDEZ PINEDA, | **APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION (18 U.S.C. §3142) AND REQUEST FOR HEARING** |
| DEFENDANT. | |

Application is made by ☐ plaintiff ☑ defendant Juan Carlos Hernandez Pineda
that a hearing be held to review /reconsider the decision of

☐ United States District Judge _____ by order dated: _____

☑ Magistrate Judge Angela C. C. Viramontes _____ by order dated: June 23, 2026

  ☑ denying release and imposing detention under subsection ☑ (d) or ☑ (e) of Title 18 U.S.C. §3142; or
  ☐ ordering release upon certain conditions, or
  ☐ denying detention.

This application is made ☑ pre-sentence ☐ post-sentence based on the following facts not previously considered by said judicial officer or changed circumstances as follows:
New bail resources for Mr. Hernandez Pineda not considered in previous detention hearing, including a property bond.

  Relief sought *(be specific):*
We pray that the Court order Mr. Hernandez Pineda released on bond.

  Counsel for the defendant and plaintiff United States Government consulted on July 9, 2026
and opposing counsel declines to stipulate to an order providing the relief sought.

☑  Telephonic notice given to  ☑ AUSA  ☐ Defendant's Counsel  ☐ PSA  ☐ Interpreter  ☐ USM  ☐ Probation
on July 9. 2026 (via email) _____ .

  An interpreter is  ☐ required  ☑ not required.  Language _____
Defendant is  ☑ in custody  ☐ not in custody.

| July 10, 2026 | /S/ Jennifer W. Stone, DFPD |
|---|---|
| Date | Moving Party |

**APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION, (18 U.S.C. §3142) AND REQUEST FOR HEARING**

CR-88 (06/07)